IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICIA KENNEDY,

Plaintiff,

v.

DRURY DEVELOPMENT CORPORATION,

Defendant.

Case No. 20-cv-354 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 6, 2020**         MARGARET M. ROBERTIE, Clerk of Court

*s/Tina Gray, Deputy Clerk*

**Approved:**   *s/J. Phil Gilbert*
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**